Courtney A. Hasselberg  (*pro hac vice*)
chasselberg@shb.com
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Telephone:   949.475.1500
Facsimile:    949.475.0016

Britta E. Warren
BLACK HELTERLINE, LLP
805 SW Broadway, Suite 1900
Portland, OR 97205
Telephone:     503.224.5560
Facsimile:      503.224.6148
bew@bhlaw.com

Attorneys for Plaintiff Commerce & Industry Insurance Company

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| COMMERCE & INDUSTRY INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>       v.<br><br>HR STAFFING, INC.,<br>            Defendant. | No. 3:14-cv-00559-HZ<br><br>HON. MARCO A. HERNANDEZ |

**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND REQUEST FOR COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Commerce & Industry Insurance Company and Defendant HRStaffing, Inc. (collectively "the Parties") hereby agree to dismiss this action without prejudice and without attorney fees or costs to either party pursuant to the

parties' written, executed Settlement Agreement entered on October 22, 2015, the terms of which are incorporated herein by reference.

In conjunction with this Joint Stipulation, the Parties request that the Court retain jurisdiction of this matter for the purpose of resolving any disputes that may arise in the future regarding the Settlement Agreement, its terms, or its enforcement. *See Flanagan v. Arnaiz,* 143 F.3d 540, 544 (9th Cir. 1998). Retention of jurisdiction by the Court is an express term of the Settlement Agreement, and the Parties request that the Court expressly include its retention of jurisdiction over the Settlement Agreement as part of its Order of Dismissal.

Dated:   October 22, 2015

SHOOK, HARDY & BACON L.L.P.

/COURTNEY A. HASSELBERG/
Courtney A. Hasselberg (admitted *pro hac vice*)
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Telephone: 949.475.1500
Facsimile: 949.475.0016
E-mail: chasselberg@shb.com

Britta E. Warren
BLACK HELTERLINE, LLP
805 SW Broadway, Suite 1900
Portland, Oregon 97205
Telephone: 503.224.5560
Facsimile: 503.224.6148
E-mail: bew@bhlaw.com
**ATTORNEYS FOR COMMERCE & INDUSTRY INSURANCE COMPANY**

| | |
|---|---|
| Dated:   October 22, 2015 | KERR LAW OFFICE P.C.<br><br>/s/ Robert A. Kerr<br>By:  Robert A. Kerr, OSB No. 963270<br>1001 Molalla Avenue, Suite 203<br>Oregon City, Oregon 97045<br>Telephone: 503-723-4471<br>E-mail: robert@rkerrlaw.com<br>**ATTORNEY FOR DEFENDANT HRSTAFFING, INC.** |

296339 v1

# CERTIFICATE OF SERVICE

     I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Oregon by using the CM/ECF system on October 22, 2015.

     I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system and by mailing a true and correct copy of the foregoing via U.S. First-Class mail, postage paid to:

Robert A. Kerr, Esq.
Kerr Law Office P.C.
1001 Molalla Avenue, Suite 208
Oregon City, OR 97045
Phone: 503.723.4471
Fax: 503.650.0053
Robert@rkerrlaw.com

Attorney for HR Staffing

                                         s/Britta E. Warren
                                         Britta E. Warren
                                         Attorney for Commerce & Industry
                                         Insurance Company